1  ROBERT J. BELES (Cal. Bar No. 41993)
      BELES & BELES LAW OFFICES
2     One Kaiser Plaza, Suite 2300
      Oakland, California 94612-3642
3     Telephone: (510) 836-0100
      Facsimile: (510) 832-3690
4     E-mail:    beleslaw@yahoo.com

5  Attorney for Defendant
   TODD WILLIAM GROWNEY

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,    )   CR No. **11-00195-CRB-1**
                                )
11         Plaintiff,           )   [~~PROPOSED~~] ORDER EXONERATING
                                )   BOND AS TO DEFENDANT GROWNEY
12         v.                   )
                                )
13 TODD WILLIAM GROWNEY,        )
                                )
14         Defendant.           )
   _____)

15

16         **ORDER EXONERATING BOND AS TO DEFENDANT GROWNEY**

17         The Court has read and considered the Stipulation for

18 Exoneration of Bond as to Defendant TODD WILLIAM GROWNEY, filed by

19 counsel for the UNITED STATES OF AMERICA and TODD WILLIAM GROWNEY

20 in this matter on March 24, 2014. The Court hereby finds that the

21 Stipulation, which this Court incorporates by reference into this

22 Order, provides good cause for the exoneration of Defendant's bond

23 posted on April 18, 2011.

24         THEREFORE, FOR GOOD CAUSE SHOWN:

25         **IT IS HEREBY ORDEDRED** that the bond for defendant TODD

26 WILLIAM GROWNEY, secured by the real property commonly known as 7

27 PARKRIDGE COURT in BELMONT, CALIFORNIA 94002, and originally

28 posted on April 18, 2011, be exonerated.

**IT IS FURTHER ORDERED** that the Clerk of this Court execute a reconveyance of said property back to said sureties forthwith.

**IT IS SO ORDERED.**

DATED: March 25, 2014

_____
HONORABLE CHARLES R. BREYER
United States District Judge

ORDER EXONERATING BOND AS TO DEFENDANT TODD WILLIAM GROWNEY